[No. 17831-5-III.    Division Three.    November 30, 1999.]

COLUMBIA BASIN FITNESS CLUB, *Plaintiff*, v. T.C.
INVESTMENTS, ET AL., *Appellants*, WILLIAM ALDERSON, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for Franklin County, No. 97-2-50202-3, Donald W. Schacht, J., entered August 19, 1998. *Affirmed in part* and *reversed in part* by

unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney, J.